AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

*E-filing*

| | | |
|---|---|---|
| HOLLY ARTIS | ) | |
| *Plaintiff* | ) ) | **LB** |
| v. | ) | Civil Action No. CV10 5289 |
| JOHN DEERE LANDSCAPES, INC.; DEERE & COMPANY | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JOHN DEERE LANDSCAPES, INC.
5380 Brista Street, Livermore, CA 94550-2504

DEERE & COMPANY
1 John Deere Place, Moline, IL 61265-8098

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
*CLERK OF COURT*

**ANNA SPRINKLES**

Date: NOV 2 2 2010

*Signature of Clerk or Deputy Clerk*