# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### Oakland Division

Holly Artis,                                      No. C 10-5289 LB

    Plaintiff(s),

   v.                                        **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>**

John Deere Landscapes, Inc., et al.,

    Defendant(s),

_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference before Magistrate Judge Laurel Beeler set for **March 10, 2011** at **1:30 p.m.** is hereby **VACATED**.

Dated: February 1, 2011

                                                                    Richard W. Wieking, Clerk

                                                                    United States District Court

                                                                    *Lashanda Scott*

                                                                    By: Lashanda Scott - Deputy Clerk

reassign.DCT