**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLLY ARTIS,                                         No. C 10-05289 WHA

        Plaintiff,

   v.                                               **CLERK'S NOTICE SCHEDULING**
                                                     **INITIAL CASE MANAGEMENT**
JOHN DEERE LANDSCAPES, INC., et al.,                 **CONFERENCE ON REASSIGNMENT**

        Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

     YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management

Conference for **March 10, 2011 at 11:00 a.m.** before the Honorable William Alsup.  Please

report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue,

San Francisco, CA  94102.  Not less than seven days prior, counsel shall submit a joint case

management conference statement not to exceed ten pages. All other deadlines in the initial case

management scheduling order filed on November 22, 2010 remain in effect

Dated: February 17, 2011                      FOR THE COURT,
                                              Richard W. Wieking, Clerk

                                              By:_____
                                                 Dawn K. Toland
                                                 Courtroom Deputy to the
                                                 Honorable William Alsup