IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY ARTIS., | No. C 10-05289 WHA |
|     Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING** |
| JOHN DEERE LANDSCAPES, INC., et al., | |
|     Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Case Management Conference previously set for March 10, 2011 at 11:00 a.m. has been rescheduled for **March 8, 2011 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 2, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

By: _Dawn Toland_
   Dawn Toland
   Courtroom Deputy to the
   Honorable William Alsup