UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HOLLY ARTIS,

        Plaintiff,

  v.

JOHN DEERE LANDSCAPES, INC.,

        Defendant.
                                 /

Case Number: CV10-05289 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Holly Artis
3817 Fensom Way
Modesto, CA 95356

Dated: March 2, 2011

                                           Richard W. Wieking, Clerk
                                           By: Dawn Toland, Deputy Clerk