**ANDRUS ANDERSON LLP**
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel: (415) 986-1400
Fax: (415) 986-1474

FILED
2011 MAR -3 P 12: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY ARTIS,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN DEERE LANDSCAPES, INC.;<br>DEERE & COMPANY,<br><br>            Defendants. | Case No.: C 10-05289 WHA<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, on this 2nd day of March 2011, Jennie Lee Anderson and Lori E. Andrus of the law firm Andrus Anderson LLP, hereby enter an appearance as counsel of record for Plaintiff Holly Artis in the above-captioned matter.

| | | |
|---|---|---|
| 1 | Dated: March 3, 2011 | **ANDRUS ANDERSON LLP** |
| 2 | | By: *[signature: Jennie Lee Anderson]* |
| 3 | | |
| 4 | | Lori E. Andrus (SBN 205816)<br>Jennie Lee Anderson (SBN 203586) |
| 5 | | 155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| 6 | | Telephone: (415) 986-1400<br>Facsimile: (415) 986-1474 |
| 7 | | lori@andrusanderson.com<br>jennie@andrusanderson.com |
| 8 | | *Attorneys for Plaintiff* |

- 2 -

NOTICE OF APPEARANCE