**ANDRUS ANDERSON LLP**
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel: (415) 986-1400
Fax: (415) 986-1474



FILED
2011 MAR -3 P 12: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY ARTIS,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DEERE LANDSCAPES, INC.;<br>DEERE & COMPANY,<br><br>        Defendants. | Case No.: C 10-05289 WHA<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

      Plaintiff, Holly Artis, respectfully requests that this Court continue the Case Management Conference ("CMC") currently scheduled for March 10, 2011 to a date in May that is convenient for the Court.

      Plaintiff has retained counsel to represent her in this lawsuit and Defendants John Deere Landscapes, Inc., and Deere & Company (collectively, "Defendants") have not yet been served with the Complaint.

      The deadline for Plaintiff to serve Defendants is March 21, 2011. Plaintiff will serve the Defendants with the Complaint or an amended complaint by that date.

      For the reasons set forth above, Plaintiff respectfully requests that the CMC be continued to a date in May convenient to the Court.

Dated: March 3, 2011

**ANDRUS ANDERSON LLP**

By: _____
       Jennie Lee Anderson

Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com

*Attorneys for Plaintiff*