**ANDRUS ANDERSON LLP**
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel: (415) 986-1400
Fax: (415) 986-1474

RECEIVED 2011 MAR -3 P 2:24 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY ARTIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DEERE LANDSCAPES, INC.;<br>DEERE & COMPANY,<br><br>　　　　　Defendants. | Case No.: C 10-05289 WHA<br><br>**[PROPOSED] ORDER GRANTING**<br>**REQUEST FOR CONTINUANCE OF**<br>**CASE MANAGEMENT CONFERENCE** |

The Court, having considered Plaintiff's Request for a Continuance of the Case Management Conference ("CMC") currently scheduled for March 10, 2011 and finding good cause therefor, ORDERS that the CMC be continued to May ___, 2011.

Dated: March ___, 2011

_____
WILLIAM ALSUP
United States District Judge