IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLLY ARTIS,

    Plaintiff,

  v.

JOHN DEERE LANDSCAPES, INC., and DEERE & COMPANY,

    Defendants.

No. C 10-05289 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **GRANTS** a continuance of the case management to **MARCH 24, 2011, AT 11:00 AM.** A joint case management statement is due at least seven days prior.

*Please note that there will be no further continuances.*

**IT IS SO ORDERED.**

Dated: March 3, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE