IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY ARTIS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DEERE & COMPANY and JOHN DEERE LANDSCAPES, INC.,<br><br>    Defendant.<br>                                                     / | No. C 10-05289 WHA<br><br>**ORDER REGARDING SUBMISSION OF PROPOSED SCHEDULES** |

    At the March 24 case management conference, the parties disagreed whether expert discovery relevant to plaintiff's motion for class certification should be completed before that motion is filed or concurrently with the briefing on the motion. Defendants may file a proposed schedule addressing this issue by **5:00 P.M. ON MARCH 25, 2011**. Plaintiff may file a reply by **NOON ON MARCH 28, 2011**. These submissions need not address the portions of the schedule unaffected by this issue.

    **IT IS SO ORDERED.**

Dated: March 24, 2011.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE