**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLLY ARTIS, on behalf of herself and
all others similarly situated,

        Plaintiff,

  v.

DEERE & COMPANY and JOHN DEERE
LANDSCAPES, INC.,

        Defendants.

No. C 10-05289 WHA

**ORDER REGARDING
RULE 72 MOTION**

On July 15, 2011, defendants filed a motion pursuant to FRCP 72(a) for relief from an

order by Magistrate Judge James resolving the parties' discovery dispute.  Defendants, however,

did not notice a date for their motion to be heard.  Pursuant to Civil Local Rule 7-3, an opposition

or statement of non-opposition is due on **JULY 29, 2011**, and any reply is due on **AUGUST 5, 2011**.

The motion then will be deemed submitted for decision without oral argument.

    **IT IS SO ORDERED.**

Dated:  July 18, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE