IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY ARTIS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DEERE & COMPANY and JOHN DEERE LANDSCAPES, INC.,<br><br>    Defendants.<br>_____ / | No. C 10-05289 WHA<br><br><br>**ORDER DENYING STIPULATED REQUEST TO EXTEND DEADLINE** |

     The case management scheduling order, filed in March 2011, set July 29, 2011, as the deadline for seeking leave to add any new parties or pleading amendments (Dkt. No. 24). Four days before the deadline, the parties filed a stipulated request to extend it (Dkt. No. 41). Good cause not having been shown, the request is **DENIED**.

     The reason cited for the parties' request is an unresolved discovery dispute as to whether defendants must disclose the contact information for all putative class members. On June 29, Magistrate Judge James ordered defendants to disclose this information, but on July 15, defendants filed a motion for review of that order by the undersigned judge. The motion will be fully briefed by August 5. The parties do not, however, explain how the disputed contact information would be relevant to potential pleading amendments or the addition of new parties. Accordingly, the request cannot be granted.

If there is some truly pressing connection between the disputed contact information and any potential pleading amendments or new parties, then a renewed request with a better explanation may be filed. The parties are advised, however, that any new request must be narrowed to avoid undue delay. The proposed new deadlines of thirty days from production of the information (an open-ended non-deadline) or thirty days from an order denying disclosure of the information would not be acceptable.

**IT IS SO ORDERED.**

Dated: July 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2