# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| HOLLY ARTIS,<br><br>              Plaintiff,<br>  v.<br><br>DEERE & COMPANY and JOHN DEERE LANDSCAPES, INC.,<br><br>              Defendants.<br>_____/ | No. C 10-05289 WHA (MEJ)<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING RE DISCOVERY DISPUTE** |

On October 8, 2011, the parties filed a joint letter detailing their dispute over Plaintiff's request for discovery relating to specific JDL positions. Dkt. No. 65.

On October 17, 2011, Judge Alsup issued an Order granting in part and denying in part Plaintiff's Motion for Leave to File a Second Amended Complaint. Dkt. No. 69. Specifically, Judge Alsup granted Plaintiff's request to add named plaintiffs, but denied the Motion as to any other amendments. *Id*. at 3.

Accordingly, this Court **HEREBY ORDERS** the parties to file a supplemental joint letter setting forth their positions as to how Judge Alsup's ruling impacts the pending discovery dispute. The parties shall file their letter no later than October 20, 2011.

**IT IS SO ORDERED.**

Dated: October 17, 2011

                                                      Maria-Elena James<br>
                                                      Chief United States Magistrate Judge