IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLLY ARTIS, LATOYA KNIGHT, AND LORI SNAVELY, on behalf of herself and all others similarly situated,

    Plaintiffs,

  v.

DEERE & COMPANY and JOHN DEERE LANDSCAPES, INC.,

    Defendants.
                                   /

No. C 10-05289 WHA

**ORDER REQUESTING RESPONSE TO MOTION**

On November 14, 2011, plaintiffs filed a motion pursuant to FRCP 72(a) for partial relief from an order by Magistrate Judge Maria-Elena James resolving a discovery dispute. Defendants shall please submit an opposition or statement of non-opposition by **NOON ON NOVEMBER 21, 2011**. The motion then will be deemed submitted for decision without oral argument.

    **IT IS SO ORDERED.**

Dated: November 15, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE