IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY ARTIS, LATOYA KNIGHT, AND LORI SNAVELY, on behalf of themselves and all others similarly situate,<br><br>Plaintiffs,<br><br>v.<br><br>DEERE & COMPANY and JOHN DEERE LANDSCAPES, INC.,<br><br>Defendants. | No. C 10-05289 WHA<br><br>**ORDER MOVING HEARING DATE FOR MOTION FOR CLASS CERTIFICATION** |

A prior order allowed defendants to file a motion to strike expert declarations in support of plaintiffs' motion for class certification (Dkt. No. 96). Defendants filed their motion and set a hearing date for January 12, 2012 (Dkt. No. 119). Defendants also filed a motion for summary judgment and set a hearing date for January 12, 2012 (Dkt. No. 120). In order to consolidate all related hearings, plaintiffs' motion for class certification will be set for **JANUARY 12, 2012 AT 8:00 AM**. All briefing dates will remain the same.

**IT IS SO ORDERED.**

Dated: December 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE